Alice Boland, Register No. 12630-171
FMC, Carswell, P.O. Box 27137
Ft. Worth, TX 76127

Clerk, United States Federal District Court
85 Broad Street
Charleston, SC 29401

Re:  Criminal Case No. 2:13-cr-00185-MBS-2
     Civil Case No. 2:17-cv-00019-MBS

Dear Sir or Madam:

This letter addresses the following issues:
1. Charleston Federal Prosecutor Sean Kittrell has both failed to respond to my 2255 motion by the February 3, 2017 deadline (30 days), and he has failed to ask for an extension.
2. Therefore, Federal Prosecutor Sean Kittrell, has forfeited his right to respond to my petition in my 2255 motion.
3. Therefore, my legal rights have been compromised.
4. Additionally, if Federal Prosecutor Sean Kittrell were to respond at any future date, any such response would constitute a violation of my 6th Amendment Right to a Speedy Trial!
5. In conclusion, I should be released immediately.
6. Upon such release, I would agree to cooperate fully with any Federal Probation officer this Court might appoint.
7. I would continue mental health care with appropriate psychiatric, psychological, counseling, and any other health care providers the Probation Officer might recommend.

Very truly yours,

*Alice Boland*

Alice Boland

Date: Mar. 3, 2017